gent?" answered "No." Judgment was entered accordingly. Plaintiff administratrix asserts on appeal that the case was submitted to the jury on an improper charge. We have examined each contention as to the charge in the light of the evidence and we find no error. In each particular complained of the charge as given was correct in light of the evidence. The omissions complained of, none of which amount to plain error, were not called to the trial court's attention. *See* Rule 51, Fed.R.Civ.Proc. The judgment will be affirmed.

**Matilda Mae HORRELL, Administratrix of the Estate of David Franklin Horrell, Deceased, Appellant,**

v.

**Frank SEMINSKY.**

**No. 71-2127.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit Rule 12(6) Oct. 17, 1972.

Decided Oct. 26, 1972.

John E. Evans, Jr., Evans, Ivory & Evans, Pittsburgh, Pa., for appellant.

Norman J. Cowie, Robert S. Grigsby, Thomson, Rhodes & Grigsby, Pittsburgh, Pa., for appellee.

Before GIBBONS and JAMES ROSEN, Circuit Judges, and LAYTON, District Judge.

## OPINION OF THE COURT

PER CURIAM:

In this diversity wrongful death case the jury, in answer to an interrogatory "Was defendant, Frank Seminsky, negli-

**UNITED STATES of America, Appellee,**

v.

**Carmine J. PERSICO, Jr., Appellant.**

**No. 87, Docket 72-1472.**

United States Court of Appeals, Second Circuit.

Argued Oct. 18, 1972.

Decided Oct. 20, 1972.

Maurice Edelbaum, New York City (Henry J. Boitel, New York City, of counsel), for appellant.

Shirley Baccus-Lobel, Dept. of Justice, Washington, D. C. (Robert A. Morse, U. S. Atty., E. D. New York, Denis E. Dillon, James O. Druker, Sidney Glazer, Attys., Dept. of Justice, Washington, D. C., of counsel), for appellee.

Before MANSFIELD, OAKES and TIMBERS, Circuit Judges.

PER CURIAM:

The order of the district court denying defendant Persico's motion for a new trial is affirmed upon Judge Travia's detailed opinion at 339 F.Supp. 1077 (E.D. N.Y.1972).